# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. MOSIER,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>          Defendants. | Case No. 1:11-cv-01034-MJS (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>**(ECF Nos. 16 & 17)**<br><br>**DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff James A. Mosier is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed June 21, 2011 pursuant to 42 U.S.C. § 1983. The second amended complaint was dismissed for failure to state a claim, but Plaintiff was given leave to file an amended pleading provided he do so by not later than August 29, 2013.  The August 29, 2013 deadline passed without Plaintiff either filing an amended pleading or seeking a further extension of time to do so.

Plaintiff then was ordered to either show cause why this action should not be dismissed with prejudice for failure to comply with Court orders, or file an amended pleading, by not later than September 25, 2013. Plaintiff was warned that a failure to do so

1

would result in dismissal of the action with prejudice. The September 25, 2013 deadline passed without Plaintiff filing an amended pleading or otherwise responding. Having considered the appropriate factors, the Court finds that this case should be dismissed with prejudice for failure to obey Court orders and failure to prosecute. See Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992); Henderson v. Duncan, 779 F.2d 1421, 1423-24 (9th Cir. 1986).

Accordingly, it is HEREBY ORDERED that:

1.      This action is DISMISSED WITH PREJUDICE for failure to comply with Court orders and failure to prosecute, dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); Silva v. Di Vittoria, 658 F.3d at 1009, 1098 (9th Cir. 2011); and

2.      The Clerk of the Court shall CLOSE the case.

IT IS SO ORDERED.

Dated:   September 27, 2013              /s/ Michael J. Seng

UNITED STATES MAGISTRATE JUDGE